UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAGHVENDRA SINGH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>C. JENKINS, et al.,<br><br>　　　　　Defendants. | No. 2:24-cv-03147-DC-CKD (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION<br><br>(Doc. No. 5) |

　　　　Plaintiff Raghvendra Singh proceeds *pro se* and *in forma pauperis* in this civil action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On February 6, 2025, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed due to Plaintiff's failure to allege subject matter jurisdiction. (Doc. No. 5.) Notably, on December 18, 2024, the magistrate judge issued an order to Plaintiff to show cause why this case should not be dismissed for lack of subject matter jurisdiction (Doc. No. 3), and Plaintiff did not file a response. The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (Doc. No. 5 at 2.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on February 6, 2025 (Doc. No. 5) are ADOPTED in full;
2. This action is DISMISSED due to a lack of subject matter jurisdiction;
3. Plaintiff's pending motion (Doc. No. 4) is DENIED as having been rendered moot by this order; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **April 6, 2025**

Dena Coggins
United States District Judge

2